**The Cobbler**

| No | IP | HitDate UTC (mm/dd/yy) | File Hash | ISP | City | County |
|----|----|------------------------|-----------|-----|------|--------|
| 1 | 66. 168. 56. 189 | 5/17/15 09:14:18 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Oconomowoc | Waukesha |
| 2 | 71. 86. 209. 202 | 5/12/15 11:43:39 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Fond Du Lac | Fond du Lac |
| 3 | 24. 159. 231. 198 | 5/10/15 08:29:51 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Fontana | Walworth |
| 4 | 71. 13. 115. 226 | 5/9/15 10:26:15 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Brookfield | Waukesha |
| 5 | 24. 183. 5. 161 | 5/6/15 02:24:02 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Sheboygan | Sheboygan |
| 6 | 24. 196. 41. 61 | 4/28/15 01:51:52 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Sheboygan | Sheboygan |
| 7 | 68. 187. 75. 143 | 4/26/15 06:33:42 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Richfield | Washington |
| 8 | 68. 191. 190. 254 | 4/26/15 04:29:22 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | West Bend | Washington |
| 9 | 24. 240. 100. 108 | 4/24/15 02:08:58 AM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Fond Du Lac | Fond du Lac |
| 10 | 71. 90. 57. 15 | 4/23/15 08:12:06 PM | SHA1: 6D7A94BC5DD86BAAA1E9229974EA3B01DA96CA9B | Charter Communications | Sheboygan | Sheboygan |

**Exhibit B**